UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08mj1140-BLM

UNITED STATES OF AMERICA, Plaintiff

vs.

RIVERA-GARCIA

Defendant(s)

CRIMINAL NO. ~~08CR1340-JAH~~

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Roberto Becerra-Barrera

DATED: 4/30/08

RECEIVED U.S. MARSHAL SOUTHERN DISTRICT CALIFORNIA 2008 APR 30 P 4:11

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ______________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature]

Deputy Clerk